# ELECTRONIC RECORD

1283-14

COA # 01-13-00587-CR          OFFENSE: 19.02 (Murder)

STYLE: Duane Lee Washington v. The State of Texas          COUNTY: Jefferson

COA DISPOSITION:     AFFIRM          TRIAL COURT: Crim Dist Ct

DATE: 08/21/14          Publish: NO     TC CASE #:     12-14603

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Duane Lee Washington v. The State of Texas          CCA #: 1283-14

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 02/11/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**